ORIGINAL

**FILED**

10/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0347

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0347

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

MATTHEW RYAN AILER,

    Defendant and Appellant.

_____

FILED

OCT 0 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## O R D E R

Pursuant to Appellant Matthew Ryan Ailer's motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 9, 2022, to file his opening brief.

DATED this ⁷ day of October, 2022.

For the Court,

_____
Chief Justice